## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)**<br><br>This Document Relates to:<br><br>**Case No. 2:18-cv-09372**<br><br>**Erma Carter v. AstraZeneca, et al.** | **MDL No. 2789**<br><br>**Case No.: 2:17-md-2789 (CCC)(MF)** |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED that the above-captioned action is voluntarily dismissed without prejudice as to all Defendants, pursuant to Fed R. Civ. P. 41(a), with the parties to bear their own costs.

DATED:  August 2, 2022

                                              Respectfully submitted**,**

                                              LAMINACK, PIRTLE & MARTINES, LLP
                                              */s/ Buffy Martines*
                                              Buffy Martines
                                              5020 Montrose Boulevard, 9th Floor
                                              Houston, Texas 77006
                                              Telephone:     713-292-2750
                                              buffym@lpm-triallaw.com

                                              *Attorneys for Plaintiff*

McCARTER & ENGLISH, LLP
*/s/ Amy Fisher*
Amy Fisher
Katherine D. Althoff
Kimberly Metzger
880 West Monon Green Boulevard, Suite 101
Carmel, Indiana 46032
Telephone:     973-622-4444
afisher@mccarter.com
kalthoff@mccarter.com
kmetzger@mccarter.com

*Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Merck Sharpe & Dohme Corporation*

ULMER & BERNE LLP
*s/ K.C. Green*
K.C. Green
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Phone: (513) 698-5000
Email:  kcgreen@ulmer.com
*Counsel for Defendants The Procter & Gamble Company and The Procter & Gamble Manufacturing Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 2nd day of August, 2022 and was thus served electronically upon all counsel of record.

/s/ *Buffy Martines*
